IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: WJ BRADLEY MORTGAGE CAPITAL, LLC, *et al.*,<br><br>Debtors. | )<br>)<br>)<br>) | Chapter 7<br>Bankr. No. 16-11049 (BLS)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. BRADLEY, JOSEPH A. CAMBI, ARTHUR S. DEMOULAS, GERARD LEVINS, AUDREY KIRDAR, DANIEL BARUCH, HOWARD MICHALSKI, ASD MERCHANT PARTNERS LLC, SPRINGFIELD CAPITAL, LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, ARTHUR S. DEMOULAS 2012 TRUST, AND PETER PICKNELLY,<br><br>Defendants. | ) | Adv. Proc No. 18-50385 (BLS)<br><br><br><br><br><br><br><br><br><br>C.A. No. 24-262 (MN) |

## **ORDER**

At Wilmington, this 16th day of April 2024;

Upon consideration of the parties' Joint Motion for Withdrawal of Reference (D.I. 1) ("the Joint Motion") filed by George Miller, Chapter 7 Trustee ("the Trustee"), plaintiff in the above-captioned adversary proceeding ("the Adversary Proceeding"), together with remaining

defendants[1] Arthur S. Demoulas, ASD Merchant Partners LLC, Arthur S. Demoulas Continuation Trust, and the Arthur S. Demoulas 2012 Trust ("the DeMoulas Defendants"); and cause appearing for withdrawal of the reference pursuant to 28 U.S.C. § 157(d); IT IS HEREBY ORDERED that:

1. The Joint Motion (D.I. 1) is GRANTED.

2. The reference of the Adversary Proceeding is hereby WITHDRAWN. The Adversary Proceeding will continue as a proceeding in the United States District Court for the District of Delaware.

3. On or before April 30, 2024, the parties shall submit a Joint Status Report and a proposed Scheduling Order that sets forth any remaining pretrial issues, a list of the issues that will be tried and the parties' proposal for the length and timing of trial.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

---

[1] As set forth in the Joint Motion, the DeMoulas Defendants are the only defendants remaining in the Adversary Proceeding, as the Trustee has reached settlements with all other defendants.