## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.J. BRADLEY MORTGAGE CAPITAL, LLC, *et. al.*,<br><br>      Debtors.<br><br>---<br><br>GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>WILLIAM J. BRADLEY, *et al.*,<br><br>      Defendants. | C.A. No. 24-262-MN |

### REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Arthur S. DeMoulas, ASD Merchant Partners LLC, Arthur S. DeMoulas Continuation Trust and Arthur S. DeMoulas 2012 Trust (collectively, "DeMoulas Defendants") respectfully request oral argument on DeMoulas Defendants' Motion to Exclude the Trustee's Expert from Testifying at Trial (the "Motion").  The Motion was filed on May 13, 2024, and briefing is now complete (D.I. 12, 13, 20, and 22).

Counsel for DeMoulas Defendants are available at the Court's convenience for a hearing on the Motion.

Dated:  June 11, 2024

OF COUNSEL:

**DAVIS, MALM & D'AGOSTINE, P.C.**
Gary S. Matsko (admitted *pro hac vice*)
Christopher J. Marino (admitted *pro hac vice*)
Taylor P. Lovejoy (admitted *pro hac vice*)
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500
gmatsko@davismalm.com
cmarino@davismalm.com
tlovejoy@davismalm.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

 */s/ Robert M. Vrana*
Michael S. Neiburg (No. 5275)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302)576-3590
mneiburg@ycst.com
rvrana@ycst.com

*Counsel for Arthur S. DeMoulas, ASD Merchant Partners LLC, Arthur S. DeMoulas Continuation Trust, and Arthur S. DeMoulas 2012 Trust*

2