IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.J. BRADLEY MORTGAGE, CAPITAL LLC, *et al.*, <br><br> *Debtors.* <br><br> GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> WILLIAM J. BRADLEY, JOSEPH A. CAMBI, ARTHUR S. DEMOULAS, GERARD LEVINS, AUDREY KIRDAR, DANIEL BARUCH, HOWARD MICHALSKI, ASD MERCHANT PARTNERS LLC, SPRINGFIELD CAPITAL, LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, ARTHUR S. DEMOULAS 2012 TRUST, and PETER PICKNELLY, <br><br> *Defendants*. | C.A. No. 24-262 (MN) |

**STIPULATION AND ORDER**
**<u>REGARDING AMENDMENT OF CASE CAPTION</u>**

WHEREAS, this civil action was previously pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Adv. Proc. 18-50385 (BLS);

WHEREAS, several defendants settled out of the case, and all of the plaintiff's claims against those settling defendants were dismissed, while the action was pending before the Bankruptcy Court;

1

WHEREAS, the settling defendants and the plaintiff did not file a stipulation of dismissal reflecting the dismissal of those defendants from the action; and

WHEREAS, the parties wish to amend the case caption to reflect only the defendants that remain for trial before the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court, that the caption of the case be amended as shown below:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: W.J. BRADLEY MORTGAGE, CAPITAL LLC, *et al.*, | ) ) ) | |
| *Debtors*. | ) | |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC, | ) ) ) ) ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | C.A. No. 24-262 (MN) |
| ARTHUR S. DEMOULAS, ASD MERCHANT PARTNERS LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, and ARTHUR S. DEMOULAS 2012 TRUST, | ) ) ) ) ) ) | |
| *Defendants*. | ) | |

Dated: June 11, 2024

| GELLERT SCALI BUSENKELL & BROWN, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Ronald S. Gellert* | */s/ Robert M. Vrana* |
| Ronald S. Gellert (DE 4259) | Michael S. Neiburg (DE 5275) |
| 1201 N. Orange Street, 3rd Floor | Robert M. Vrana (DE 5666) |
| Wilmington, DE 19801 | Rodney Square |
| Tel: (302) 425-5806 | 1000 North King Street |
| Email: rgellert@gsbblaw.com | Wilmington, DE 19801 |
| | (302) 576-3590 |
| -and- | mneiburg@ycst.com |
| | rvrana@ycst.com |
| Coren & Ress, P.C. | |
| Steven M. Coren, Esq. (admitted *pro hac vice*) | -and- |
| Benjamin M. Mather, Esq. (admitted *pro hac vice*) | |
| Two Commerce Square, Suite 3900 | DAVIS, MALM & D'AGOSTINE, P.C. |
| 2001 Market Street | Gary S. Matsko (admitted *pro hac vice*) |
| Philadelphia, PA 19103 | Christopher J. Marino (admitted *pro hac vice*) |
| Tel: (215) 735-8700 | One Boston Place, 37th Floor |
| SCoren@kcr-law.com | Boston, MA 02108 |
| BMather@kcr-law.com | (617) 367-2500 |
| | gmatsko@davismalm.com |
| | cmarino@davismalm.com |
| *Counsel for George L. Miller, Plaintiff and Chapter 7 Trustee* | *Counsel for Arthur S. DeMoulas, ASD Merchant Partners LLC, Arthur S. DeMoulas Continuation Trust, and Arthur S. DeMoulas 2012 Trust* |

IT IS SO ORDERED this 11th day of September 2024.

_____
The Honorable Maryellen Noreika
United States District Judge