# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.J. BRADLEY MORTGAGE, CAPITAL LLC, *et al.*, <br><br> *Debtors*. <br><br> GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC, <br><br> *Plaintiff,* <br> v. <br><br> ARTHUR S. DEMOULAS, <br> ASD MERCHANT PARTNERS LLC, <br> ARTHUR S. DEMOULAS <br> CONTINUATION TRUST, and <br> ARTHUR S. DEMOULAS 2012 TRUST, <br><br> *Defendants*. | C.A. No. 24-262-MN |

### JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

Plaintiff George L. Miller, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC (the "Debtors") and Defendants Arthur S. Demoulas, ASD Merchant Partners LLC, Arthur S. Demoulas Continuation Trust and Arthur S. Demoulas 2012 Trust, by and through their undersigned counsel, respectfully move jointly for an order exempting certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by

Visitors to the J. Caleb Boggs Federal Building and the United States Courthouse ("May 17, 2024 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 17, 2024, Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse. Those procedures require, among other things, that visitors place personal electronic devices in a locked pouch provided by U.S. Marshalls. Paragraph 4 of the May 17, 2024, Standing Order provides for certain exemptions to the Standing Order.

2. A five-day trial in this case is scheduled to begin on July 8, 2024, in Courtroom 4A. A final pre-trial conference took place on June 25, 2024, and courtroom setup is scheduled for 10:00 a.m. on July 3, 2024.

3. The following individuals intend to appear at the courtroom setup and/or trial require access to their electronic devices, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024, Standing Order:

For Plaintiff:

- George L. Miller (Ch 7 Trustee)
- William A. Homony (Accountant to the Ch 7 Trustee)
- Erin Mullen (Paralegal)
- David Glusman (Expert Witness)
- Ashley Gollmann (Paralegal)

For Defendants:
- Dominic Fanelli (Paralegal)
- Rich Hobbs (Trial Graphics Technician)
- John Rollins (Expert Witness)

WHEREFORE, the parties respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024, Standing Order.

| GELLERT SEITZ BUSENKELL & BROWN LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Ronald S. Gellert*<br>Ronald S. Gellert (No. 4259)<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>(302) 425-5806<br><br>COREN & RESS, P.C.<br>Steven M. Coren, Esq.<br>(admitted *pro hac vice*)<br>Benjamin M. Mather, Esq.<br>(admitted *pro hac vice*)<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>(215) 735-8700<br><br>*Counsel for George L. Miller*<br>*Plaintiff and Chapter 7 Trustee* | */s/ Robert M. Vrana*<br>Michael S. Neiburg (No. 5275)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302)576-3590<br>mneiburg@ycst.com<br>rvrana@ycst.com<br><br>DAVIS, MALM & D'AGOSTINE, P.C.<br>Gary S. Matsko<br>Christopher J. Marino<br>Taylor P. Lovejoy<br>One Boston Place, 37th Floor<br>Boston, MA 02108<br>(617) 367-2500<br>gmatsko@davismalm.com<br>cmarino@davismalm.com<br>tlovejoy@davismalm.com<br><br>*Counsel for Arthur S. DeMoulas, ASD Merchant Partners LLC, Arthur S. DeMoulas Continuation Trust, and Arthur S. DeMoulas 2012 Trust* |

Dated: July 1, 2024

SO ORDERED THIS _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE