

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

**Robert M. Vrana**
P 302.571.6726
rvrana@ycst.com

July 1, 2024

**VIA ECF Filing and Hand Delivery**

The Honorable Maryellen Noreika
United States District Court for
the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    <u>Miller v. Demoulas, et al.,</u> C.A. No. 24-262 (MN)

Dear Judge Noreika:

      In compiling the three lists containing the parties' proposed exhibits for trial (PTX, DTX, JTX), which were attached to the Proposed Pretrial Order (D.I. 32) as Schedules 4P, 4D and 4J, respectively, the parties unintentionally omitted a small handful of documents from the joint exhibit list. Those documents include: Bulk Servicing Rights Purchase and Sale Agreement dated September 10, 2015, entered into between Towne Mortgage Company and W.J. Bradley Mortgage Capital, LLC; Forward Servicing Rights Purchase and Sale Agreement dated September 10, 2015, entered into between Towne Mortgage Company and W.J. Bradley Mortgage Capital, LLC; Swap Transaction Confirmation Reference No. 1111, dated September 10, 2015 from WJ. Bradley Mortgage Capital, LLC to Towne Mortgage Company; and Swap Transaction Confirmation Reference No. 2222, dated September 10, 2015 from W.J. Bradley Mortgage Capital, LLC to Towne Mortgage Company. Following communication between counsel, the parties have agreed to amend and re-submit the joint exhibit list, Schedule 4J to the Pretrial Order, to include the aforementioned documents, which are now numbered as JTX9, JTX10, JTX11, and JTX12.

      Pursuant to Your Honor's practice, the parties respectfully submit that there is good cause to amend the Joint Exhibit List because the parties had understood that these documents would be joint exhibits, but they were unintentionally omitted while moving exhibits from the Defendants' exhibit lists to the joint exhibit list, in order to avoid duplicative exhibits. The parties further submit that this amendment to the pretrial order is being requested sufficiently in advance of trial to avoid any confusion or prejudice. The parties do not anticipate any further

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600      F   302.571.1253      YoungConaway.com

additions to the Joint Exhibit List and respectfully request that the Court accept the attached Joint Exhibit List.

        Respectfully,

        */s/ Robert M. Vrana*
        Robert M. Vrana (No. 5666)

Encl.
cc: All counsel of record via ECF

31803017

## SCHEDULE 4

## AMENDED JOINT TRIAL EXHIBIT INDEX

| # | DATE | DESCRIPTION | NOTES | PLAINTIFF'S OBJECTIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| JTX1 | 1/8/2015 | Email from Monohan to Bradley, et al., re: Update with attachment: Bradley termination letter | (DEP EXHIBIT 3) DEF 004689 – 004691 | | Fed. R. Evid. 802 |
| JTX2 | 3/13/2015 | Email from Cambi to DeMoulas re: Emailing: Springfield-ASD Letter of Intent w/ attachment | (DEP EXHIBIT 43) WJB_TRUSTEE005759 – 62 | | |
| JTX3 | 7/1/2015 | First Amendment to the Membership Interest Purchase Agreement | WJB_TRUSTEE022939- WJB_TRUSTEE022950 | | |
| JTX4 | 8/19/2015 | Email from Browning to Caprio, et al., re: Lines of Credit | WJB_TRUSTEE030923 | | |
| JTX5 | 9/4/2015 | Email from Browning to Bradley re: Please refine this and add/subtract... | (DEP EXHIBIT 77) WJB_TRUSTEE114383 – 85 | | |
| JTX6 | 9/4/2015 | Email from Bradley to Browning re: Please refine this and add/subtract | WJB_TRUSTEE114387 – 89 | | |

1

| # | DATE | DESCRIPTION | NOTES | PLAINTIFF'S OBJECTIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| JTX7 | 10/1/2015 | Email from Bradley to Browning, et al., re: Models | (DEP EXHIBIT 31) WJB_TRUSTEE128366 – 67 | | |
| JTX8 | 11/25/2015 | WJB Memo re: SEED Restructuring Transaction | (DEP EXHIBIT 48) WJB_TRUSTEE041900-WJB_TRUSTEE041903 | | |
| JTX9 | 12/3/2015 | Email from Browning to Bradley re: seed balance sheet | (DEP EXHIBIT 69) No Bates number(s) | | |
| JTX10 | 12/9/2015 | Exhibit A to Membership Interest Purchase Agreement (Assignment) | WJB_TRUSTEE158712 | | |
| JTX11 | 12/9/2015 | Second Amendment to the Membership Interest Purchase Agreement | SM125404 - SM125408 | | |
| JTX12 | 12/9/2015 | Redemption Letter Agreement | WJB_TRUSTEE188063-WJB_TRUSTEE188069 | | |
| JTX13 | 12/9/2015 | Closing Step Plan and Funds Flow Memorandum | (DEP EXHIBIT 80) WJB_TRUSTEE230762 - 68 | | |
| JTX14 | 12/9/2015 | Second Amended and Restated Limited Partnership Agreement of WJB Loan LP | (DEP EXHIBIT E-11) SM136581 - 628 | | |
| JTX15 | 12/9/2015 | Intercreditor Agreement | (DEP EXHIBIT E-13) WJB_TRUSTEE156708 - 18 | | |
| JTX16 | 12/9/2015 | 001.1 Springfield Letter to ASD and WJB re: Purchase Agreement | WJB_TRUSTEE169584 - 626 | | |

1114914.1

| # | DATE | DESCRIPTION | NOTES | PLAINTIFF'S OBJECTIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| JTX17 | 12/9/2015 | 015 Closing Step Plan and Funds Flow Memorandum | WJB_TRUSTEE155336 - 42 | | |
| JTX18 | 12/9/2015 | MIMS Deal Docs Bookmarked | WJB_TRUSTEE157512 | | |
| JTX19 | 12/9/2015 | WJB TBA LP -Mims LPA | | | |
| JTX20 | 12/23/2015 | Email from Michalski to O'Neal re: Announcement | (DEP EXHIBIT 34) (No bates numbers) | | Fed. R. Evid. 802 |
| JTX21 | 1/25/2016 | Email from Lamb to Crise, et al., re: Help | (DEP EXHIBIT 39) (No bates numbers) | | |
| JTX22 | 1/26/2016 | Email from Cooper to Bradley re: How did we use $6M in Dec? | (DEP EXHIBIT 82) WJB_TRUSTEE169277 - 78 | | Fed. R. Evid. 802 |
| JTX23 | 3/1/2016 | Email from Browning to Riley, et al., re: Unaudited 12/31 financials w/ attachment: Final December 2015 Financials | (DEP EXHIBIT 62) WJB_TRUSTEE177355 - 58 | | Fed. R. Evid. 802 |
| JTX24 | 3/13/2016 | 024 WJB Memo to Equityolders of W.J. Bradley Company Merchant Partners 2003 – SEED, LLC and Affiliated Companies: | WJB_TRUSTEE053213 | | |
| JTX25 | 8/11/2016 | Proof of Claim | (DEP EXHIBIT E-5) | | |
| JTX26 | 8/12/2016 | Proof of Claim | (DEP EXHIBIT E-4) | | |
| JTX27 | 8/11/2022 | Participation Agreement | (DEP EXHIBIT E-12) | | |
| JTX28 | 9/1/2023 | Business combinations and noncontrolling interests | (DEP EXHIBIT E-10) | | |
| JTX29 | | Key Forecast Model Assumptions | (DEP EXHIBIT E-7) | | |
| JTX30 | | Screenshot of Income Statement Forecast – LLC IS Model Tab | (DEP EXHIBIT E-8) | | |
| JTX31 | | Screenshot of Income Statement Forecast – LLC IS Model Tab | (DEP EXHIBIT E-9) | | |

1114914.1

| # | DATE | DESCRIPTION | NOTES | PLAINTIFF'S OBJECTIONS | DEFENDANTS' OBJECTIONS |
|---|---|---|---|---|---|
| JTX32 | | Black's Law Dictionary (11th ed. 2019) – Arm's-Length; Arm's-Length Transaction; Transaction | (DEP EXHIBIT E-15) | | |
| JTX33 | 9/10/2015 | Bulk Servicing Rights Purchase and Sale Agreement between Towne Mortgage Company and W.J. Bradley Mortgage Capital, LLC | SM092074-02366 | | |
| JTX34 | 9/10/2015 | Forward Servicing Rights Purchase and Sale Agreement between Towne Mortgage Company and W.J. Bradley Mortgage Capital, LLC | SM062886-063007 | | |
| JTX35 | 9/10/2015 | Swap Transaction Confirmation Reference No. 1111 | SM063311-063319 | | |
| JTX36 | 9/10/2015 | Swap Transaction Confirmation Reference No. 2222 | SM062875-062885 | | |

1114914.1