

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

**Robert M. Vrana**
P 302.571.6726
rvrana@ycst.com

July 2, 2024

**VIA ECF Filing and Hand Delivery**

The Honorable Maryellen Noreika
United States District Court for
the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: <u>Miller v. Demoulas, et al.,</u> C.A. No. 24-262 (MN)

Dear Judge Noreika:

  Pursuant to the Court's July 1, 2024 Oral Order (D.I. 40), the parties write to advise that they have no corrections or objections to the Court's Proposed Voir Dire (D.I. 38) and most of the Court's Proposed Preliminary Jury Instructions (D.I. 39), with the exception of one instruction.

  Defendants respectfully request that the Court add the following language to Preliminary Instruction No. 1. This language was agreed to in the parties' proposed joint instructions, and Defendants believe that it will be helpful to the jury's understanding of the role of the parties. Plaintiff does not agree to this addition.

> As you heard during voir dire, the Plaintiff in this case is George Miller, a trustee in bankruptcy for the W.J. Bradley collection of entities. I may refer to those entities throughout the trial, collectively, as "W.J. Bradley", "WJB" or the "Debtor". The defendants are Arthur S. DeMoulas, an individual, ASD Merchant Partners, LLC, a limited liability company, and two trusts, the Arthur S. DeMoulas Continuation Trust and Arthur S. DeMoulas 2012 Trust. I may refer collectively to the defendants as "Defendants" or "DeMoulas" throughout the trial. All parties, be they trustee, individual, corporation or trust, must be treated fairly under the law. In reaching your decision, it would be improper for you to consider any personal feelings you may have about any

party's status in the case. All parties expect that you will carefully and impartially consider all of the evidence, follow the law as it is being given to you at the close of the case, and reach a verdict regardless of the consequences. Simply stated, each party in this case is entitled to equal treatment and is therefore entitled to the same fair and conscientious consideration by you as any other party.

Respectfully,

*/s/ Robert M. Vrana*
Robert M. Vrana (No. 5666)

cc: All counsel of record via ECF