IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.J. BRADLEY MORTGAGE, CAPITAL LLC, *et al.*,<br><br>Debtors. | )<br>)<br>)<br>) |
| GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR S. DEMOULAS, ASD MERCHANT PARTNERS LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, and ARTHUR S. DEMOULAS 2012 TRUST,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-262 (MN)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT FOLLOWING JURY VERDICT

This 16th day of July 2024, the Court having held a jury trial and the jury having rendered a unanimous verdict on July 11, 2024 (*see* D.I. 62, 63), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendants Arthur S. Demoulas, ASD Merchant Partners LLC, Arthur S. Demoulas Continuation Trust and Arthur S. Demoulas 2012 Trust ("Defendants") and against Plaintiff George L. Miller, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J.

Bradley Financial Services, LLC, and WJB Mortgage Services, LLC ("Plaintiff") with respect to actual fraudulent conveyance under 11 U.S.C. § 548(a)(1)(A) and 6 Del. C. § 1304(a)(1).

2. Judgment is entered in favor of Defendants and against Plaintiff with respect to constructive fraudulent conveyance under 11 U.S.C. § 548(a)(1)(B) and 6 Del. C. §§ 1304(a)(2) and 1305.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

_____
The Honorable Maryellen Noreika
United States District Judge