## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.J. BRADLEY MORTGAGE, CAPITAL LLC, *et al.*, <br><br> *Debtors*. <br> GEORGE L. MILLER, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ARTHUR S. DEMOULAS, ASD MERCHANT PARTNERS LLC, ARTHUR S. DEMOULAS CONTINUATION TRUST, and ARTHUR S. DEMOULAS 2012 TRUST <br><br> *Defendants*. | C.A. No. 24-262-MN |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, the Court held a jury trial and the jury rendered a Jury Verdict on July 11, 2024 (D.I. 62, 63);

WHEREAS, the Court entered a Judgment Following Jury Verdict on July 16, 2024 (D.I. 66) in favor of Arthur S. Demoulas, ASD Merchant Partners LLC Arthur S. Demoulas Continuation Trust, And Arthur S. Demoulas 2012 Trust, ("Defendants") and against Plaintiff, George L. Miller, Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of

W.J. Bradley Company Merchant Partners 2003-SEED, LLC, W.J. Bradley Mortgage Capital, LLC, W.J. Bradley Corporate Services, LLC, W.J. Bradley Financial Services, LLC, and WJB Mortgage Services, LLC ("Plaintiff"); and

WHEREAS, Plaintiff and Defendants have agreed to waive all rights of appeal and further motion practice and recognize the Judgment Following Jury Verdict as a final judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, and subject to the approval of the Court, that:

1. Plaintiff and Defendants hereby affirm the July 11, 2024 Jury Verdict and accept the Court's Judgment Following Jury Verdict as a Final Judgment as finally and completely resolving all claims that Plaintiff had or could have had against the Defendants;

2. Plaintiff hereby waives all rights of appeal in this action;

3. Plaintiff hereby waives all rights to file any post-trial motions or other further motions in this action;

4. Defendants hereby waive all rights to seek any fees or costs in this action;

5. The July 16, 2024 Judgment Following Jury Verdict (D.I. 66) shall be treated as a Final Judgment without any right of appeal and the Clerk of Court shall close this action;

6. All other claims, affirmative defenses, and demands in this action between Plaintiff and Defendants are hereby dismissed with prejudice; and

7. Each side shall bear their own costs and attorney's fees.

2

**GELLERT SCALI BUSENKELL
& BROWN, LLC**

 /s/ Ronald S. Gellert
Ronald S. Gellert (DE 4259)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
(302) 425-5806
rgellert@gsbblaw.com

**COREN & RESS, P.C.**
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
(215) 735-8700
SCoren@kcr-law.com
BMather@kcr-law.com

*Counsel for George L. Miller, Plaintiff and
Chapter 7 Trustee*


Dated:  July 30, 2024

**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**

 /s/ Robert M. Vrana
Michael S. Neiburg (No. 5275)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302)576-3590
mneiburg@ycst.com
rvrana@ycst.com

**DAVIS, MALM & D'AGOSTINE, P.C.**
Gary S. Matsko
Christopher J. Marino
Taylor P. Lovejoy
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500
gmatsko@davismalm.com
cmarino@davismalm.com
tlovejoy@davismalm.com


*Counsel for Arthur S. DeMoulas, ASD
Merchant Partners LLC, Arthur S. DeMoulas
Continuation Trust, and Arthur S. DeMoulas
2012 Trust*


SO ORDERED this 30th day of July , 2024.

The Honorable Maryellen Noreika
United States District Judge

3